WAGER S. KELLY, Appellant, *v.* LOUIS J. HALLE et al., Respondents.

(Argued March 17, 1932; decided March 31, 1932.)

*David M. Neuberger* for appellant.

*Frederick H. Wood* and *H. Struve Hensel* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Not sitting: KELLOGG, J.